IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JESUS VERDE HERNANDEZ, <br><br> Petitioner, <br> vs. <br><br> ZACHARY CROSSON, Chief Patrol Agent of the Havre Sector, U.S. Customs and Border Patrol; MICHAEL BERNACKE, Utah Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States, *in their official capacities*, <br><br> Respondents. | CV 26-280-GF-BMM <br><br> ORDER |

The United States has filed a motion for leave to file under seal its exhibit to its upcoming response to Petitioner's habeas petition.

WITH GOOD CAUSE SHOWN, the motion is GRANTED. The United States may file its response brief exhibit under seal.

1

DATED this 31st day of July 2026.

Brian Morris, Chief District Judge
United States District Courts