IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JESUS VERDE HERNANDEZ,<br><br>          Petitioner,<br>    vs.<br><br>ZACHARY CROSSON, Chief Patrol Agent of the Havre Sector, U.S. Customs and Border Patrol; MICHAEL BERNACKE, Utah Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States, *in their official capacities*,<br><br>          Respondents. | CV 26-280-GF-BMM<br><br>ORDER |

Counsel for Respondents has filed an unopposed motion to appear remotely at the Show Cause Hearing scheduled for August 5, 2026 in Great Falls, Montana.

Accordingly, IT IS ORDERED that Respondents' counsel, AUSA Randy Tanner, may appear at the Russell Smith Federal Courthouse in Missoula, Montana for the August 5, 2026 hearing.

1

DATED this 31st day of July 2026.

Brian Morris, Chief District Judge
United States District Courts