IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JESUS VERDE HERNANDEZ,<br><br>Petitioner,<br>vs.<br><br>ZACHARY CROSSON, Chief Patrol Agent of the Havre Sector, U.S. Customs and Border Patrol; MICHAEL BERNACKE, Utah Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security; TODD BLANCHE, Attorney General of the United States, *in their official capacities*,<br><br>Respondents. | CV 26-280-GF-BMM<br><br>ORDER |

The United States has filed an unopposed motion for an order authorizing disclosure of documents and materials protected by the Privacy Act, 5 U.S.C. § 552a(b)(12).

Through discovery, Petitioner has requested production of documents and material that contain personal identifying information and other information protected by the Privacy Act. These documents and materials include, but are not

limited to, immigration-related records, among other records in agency systems of records.

Based on the unopposed motion and with good cause appearing,

IT IS HEREBY ORDERED that, in connection with litigation of this matter, the United States is authorized to produce or disclose documents and materials protected by the Privacy Act, 5 U.S.C. § 552a(b)(12).

DATED this 18th day of August 2026.

Brian Morris, Chief District Judge
United States District Courts