**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

JESUS VERDE HERNANDEZ individually and on behalf of others similarly situated,

Petitioners,

v.

ZACHARY CROSSON, Chief Patrol Agent of the Havre Sector et al.,

Respondents.

**CV-26-280-GF-BMM**

**AMENDED ORDER**

Counsel for Petitioner has filed a motion to request the Court to direct U.S. Customs and Border Patrol ("CBP") to release B.A.R.H. into the custody of his uncle, Alfred Hernandez Chavez, and his uncle's wife, Maria Hernandez.

On or before August 21, 2026, CBP detained B.A.R.H., a sixteen-year-old unaccompanied minor. B.A.R.H. is a putative class member in the Hernandez class action. Alfred Hernandez Chavez is a U.S. citizen who resides in Billings Montana with his wife Maria Hernandez who is a lawful permeant resident. Mr. Chavez and Ms. Hernandez are willing and able to take custody of B.A.R.H.

Accordingly, **IT IS ORDERED**:

- that CBP release B.A.R.H. into Mr. Chavez's and Ms. Hernandez's custody by Tuesday, August 25, 2026, at 5:30 p.m.
- **IT IS FURTHER ORDERED** that the Government must return Hernandez's personal property, including any personal identification and employment authorization documents, upon his release**.**
- The Court orders the Government to certify compliance with this Order by filing on the docket.

**DATED** this 25th day of August, 2026.

Brian Morris, Chief District Judge
United States District Court