**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| JESUS VERDE HERNANDEZ individually and on behalf of others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>JESSE SLAUGHTER, Sheriff, Cascade County, et al.,<br><br>Respondents. | **CV-26-280-GF-BMM**<br><br>**ORDER** |

Counsel for Petitioner requests the Court to direct U.S. Customs and Border Patrol ("CBP") to release G-P-N into the custody of Brenda Skornogoski ("Ms. Skornogoski").

On or before September 16, 2026, CBP detained G-P-N, a seventeen-year-old unaccompanied minor. G-P-N is a putative class member in the Hernandez class action. Ms. Skornogoski is a lawful U.S. citizen who resides in Havre, Montana. Ms. Skornogoski is willing and able to take custody of G-P-N and facilitate G-P-N's return to G-P-N's family in Billings, Montana.

Accordingly, **IT IS ORDERED**:

- That CBP release G-P-N into Ms. Skornogoski's custody by Thursday, September 17, 2026, at 5:30 p.m.
- **IT IS FURTHER ORDERED** that the Government must return G-P-N's personal property, including any personal identification and employment authorization documents, upon G-P-N's release.
- The Court orders the Government to certify compliance with this Order by filing on the docket.

**DATED** this 16th day of September, 2026.

Brian Morris, Chief District Judge
United States District Court