**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| JESUS VERDE HERNANDEZ individually and on behalf of others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>JESSE SLAUGHTER, Sheriff, Cascade County, et al.,<br><br>Respondents. | **CV-26-280-GF-BMM**<br><br>**ORDER** |

Counsel for Petitioners filed 37 petitions of individual requests for habeas relief on September 16, 2026. (*See* Docs. 52-54, 56-89.) The Court understands the time and resource strain placed upon the Government to respond to each one of these petitions within the 5 business day deadline previously ordered by the Court. (Doc. 49.) The Court instead directs the Government to respond to a minimum of five petitions per business day. The Court further directs the Parties to meet and confer to discuss Petitioners' preferences as to the order in which the Government shall respond to the petitions. The 5 response per business day limitation should provide sufficient time for the Government to respond to the allegations in each individual

petition. Petitioners shall not file any reply briefs without first obtaining the Court's consent.

Accordingly, **IT IS SO ORDERED.**

- The Parties shall meet and confer to discuss the Petitioners' preference as to the order to which the Government should respond to the petitions.
- The Government shall be required to respond to 5 petitions each business day for as many days as is required to address each individual petition.

**DATED** this 17th day of September, 2026.

Brian Morris, Chief District Judge
United States District Court