IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JESUS VERDE HERNANDEZ, individually and on behalf of others similarly situated,<br><br>Petitioners,<br><br>vs.<br><br>JESSE SLAUGHTER, Sherriff, Cascade County; ZACHARY CROSSON, Chief Patrol Agent of the Havre Sector, U.S. Customs and Border Patrol; MICHAEL BERNACKE, Utah Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security; TODD BLANCHE, Attorney General of the United States, *in their official capacities*,<br><br>Respondents. | CV 26-280-GF-BMM<br><br>AMENDED ORDER |

Upon the Government's Unopposed Motion for Leave to File Under Seal (Doc. 139) and with good cause shown, IT IS HEREBY ORDERED that the Government's Exhibit (Doc. 140) will be filed under seal.

DATED this 23rd day of September 2026.

Brian Morris, Chief District Judge
United States District Courts