**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| JESUS VERDE HERNANDEZ, et al.,<br>*Petitioners*,<br>v.<br>JESSE SLAUGHTER, et al.,<br>*Respondents*. | No. CV-26-280-GF-BMM<br><br>**ORDER** |

Petitioners moved for leave to file reply briefs in response to eleven opposed petitions. Petitioners conferred with Respondents and Respondents do not oppose the motion.

Petitioners seek leave to file replies to the following petitions:

| Petitioner Name | Response Docket Number |
|---|---|
| Juan Manuel Arriaga Cortez | 143 |
| Jose Angel Cortez Hernandez | 143 |
| Garza Tovar Gerardo Isabel | 143 |
| Victor Alfonzo Romero Gonzalez | 144 |
| Enyerson Pernalete Quintero | 146 |
| Gustavo Aleman Aguilar | 150 |
| Heidyn Gabriel Jimenez Meza | 150 |
| Diego Guadalupe Morales Aguilar | 150 |
| Geronimo Sales Sales | 150 |
| Fredy Arnulfo Diaz Coreas | 151 |
| Valerio Alvarado Cuauhtenango | 153 |

IT IS HEREBY ORDERED that Petitioners will file reply briefs to the identified responses to petitions on or before **Friday October 2, 2026.**

DATED this 28th day of September, 2026.

Brian Morris, Chief District Judge
United States District Courts