**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

JESUS VERDE HERNANDEZ individually and on behalf of others similarly situated,

Petitioners,

v.

JESSE SLAUGHTER, Sheriff, Cascade County, et al.,

Respondents.

**CV-26-280-GF-BMM**

**ORDER**

Respondents having filed an Unopposed Motion to Submit a Briefing Schedule pertaining to Petitioners' Motions for Additional Habeas Relief regarding the Court's September 15, 2026 Order (Doc. 49.) and good cause having been shown,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The parties shall submit a proposed briefing schedule to the Court on October 7, 2026.

**DATED** this 2nd day of October, 2026.

Brian Morris, Chief District Judge
United States District Court