**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

JESUS VERDE HERNANDEZ individually and on behalf of others similarly situated,

Petitioners,

v.

JESSE SLAUGHTER, Sheriff, Cascade County, et al.,

Respondents.

**CV-26-280-GF-BMM**

**ORDER**

Respondents file a motion requesting leave to file a motion for reconsideration of the Court's August 31, 2026, order and related orders to the extent they prohibit Respondents from "transfer[ring] Petitioners out of the District of Montana or remov[ing] them from the United States." (Doc. 188.)

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Court further **ORDERS**:

- Respondents Motion for Reconsideration and brief in support of its Motion for Reconsideration is due October 13, 2026;
- Petitioners' Response is due on October 16, 2026.

**DATED** this 6th day of October, 2026.

Brian Morris, Chief District Judge
United States District Court