**IN THEUNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| JESUS VERDE HERNANDEZ, individually and on behalf of others similarly situated,<br><br>*Petitioners*,<br><br>v.<br><br>JESSE SLAUGHTER, Sheriff, Cascade County, et al.,<br><br>*Respondents*. | No. CV-26-280-GF-BMM<br><br>**ORDER** |

This action involves a putative class of individuals who are currently detained in the District of Montana. Petitioners have identified one putative class member who has exercised their right to opt out of the putative class, and Petitioners have moved to exclude this individual from the class. Respondents do not oppose the motion.

Having reviewed the motion and good cause appearing, the Court therefore grants Petitioners' motion and excludes the following individual from the class:

1. Fernando Alberto De La Cruz Mendez

As this individual has voluntarily opted out of the putative class, Respondents are hereby authorized to remove the foregoing named individual from the District of Montana.

Dated this 26th day of October, 2026

Brian Morris, Chief District Judge
United States District Courts