# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JESUS VERDE HERNANDEZ, et al.,<br>*Petitioners*,<br>v.<br>JESSE SLAUGHTER, et al.,<br>*Respondents*. | No. CV-26-280-GF-BMM<br>**Order** |

Petitioners moved for leave to file a reply brief in response to an opposed petition for Eduardo Garcia Hernandez (Doc. 307). Respondents do not oppose the motion.

It is hereby ORDERED that Petitioners will file a reply brief in support of the identified petition on or before November 11, 2026.

DATED this 6th day of November, 2026.

Brian Morris, Chief District Judge
United States District Courts